UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AL-FATAH STEWART,

                Petitioner,

      -against-

WARDEN COLLINS,

                Respondent.

21-CV-2622 (LTS)

CIVIL JUDGMENT

---

    Pursuant to the order issued October 18, 2021, denying the petition,

    IT IS ORDERED, ADJUDGED, AND DECREED that the petition is denied. Because Petitioner makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:   October 18, 2021
            New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                    Chief United States District Judge